**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :        ORDER
                                    :
                                    :
                                    :      03 CR 501-01 (LAP)
                                    :     _____
Christian Del Rosarion              :         Docket #
------------------------------------x
```

<u>Loretta A. Preska</u>, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, <u>Angus Bell</u> is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC <u>October 27, 2020</u>.

                                      **SO ORDERED**.

                                      */s/ Loretta A. Preska*

                               **UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**
           11/6/20