UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTIAN DEL ROSARIO,<br><br>     Defendant. | No. 03-CR-501 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt Defendant Christian Del Rosario's motion for compassionate release.  (See dkt. no. 101.)  The Government shall respond to Mr. Del Rosario's motion no later than May 12, 2021.  Mr. Del Rosario may file a reply no later than June 2, 2021.

**SO ORDERED.**

Dated:  April 14, 2021
     New York, New York

              _____
              LORETTA A. PRESKA
              Senior United States District Judge